**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

MEMO ENDORSED

December 4, 2019

*[Handwritten endorsement:]* 12/4/19 Matter adj'd to 1/9/20 at 3:15 — time excluded through 1/9, in the interest of justice, to facilitate plea discussions. /s/ Colleen McMahon

**BY EMAIL AND ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Gonzalo Enrique Botero Saenz, et al.**,
       **16 Cr. 136 (CM)**

Dear Judge McMahon:

The parties write jointly to request an adjournment of the status conference currently scheduled in this matter for December 5, 2019. The parties are engaged in productive plea discussions and, based on the current status of those negotiations, believe there is a strong possibility that they will seek to schedule a change of plea hearing in the coming days. Accordingly, the parties respectfully requests that the Court adjourn the December 5 status conference for approximately thirty days so that the parties can appear in Court next month in the event that the current plea discussions do not result in a resolution of the case in the near term.

In addition, the Government respectfully requests that, for the foregoing reasons, the Court exclude time under the Speedy Trial Act until the date of the next conference as such an exclusion would be in the interests of justice. Defense counsel consents to this request.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

By:    /S/
Andrew DeFilippis
Assistant United States Attorney
(212) 637-2231

cc:   Valerie Gotlib, Esq. (via email)